UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6-23-2023__

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>         **Plaintiff,**<br><br>    v.<br><br>**AAMER ABDULLAH,**<br><br>         **Defendant.** | Case No.: 10-cv-4957-LAK<br><br>~~(Proposed)~~ **Order Establishing Fair Fund and Authorizing Distribution of the Fair Fund through a Related Action** |

  **THE COURT** having reviewed the unopposed motion of the plaintiff, the Securities and Exchange Commission (the "SEC"), for an Order establishing a Fair Fund and Authorizing Distribution of the Fair Fund through the related action before this Court captioned *SEC v. ICP Asset Management, LLC, et al.*, 10-cv-4791-LAK-JCF (S.D.N.Y.) (the "Related Action") pursuant to the distribution plan approved by the Court in the Related Action, ECF No. 276 (the "Motion"),

  **AND** the proposed Fair Fund being comprised of the disgorgement, prejudgment interest, and civil penalty ordered by Final Judgment in this action (ECF No. 10), which the parties agree Abdullah has paid in full;

  **AND** for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. A Fair Fund is established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, 15 U.S.C. §7246(a), for all funds under the Court's jurisdiction in the captioned matter, including any accrued interest (the "Abdullah Fair Fund"); and

3. The SEC is authorized to distribute the Abdullah Fair Fund to harmed investors pursuant to the distribution plan approved in the Related Action.

Dated: _____June 23\_\_, 2023          By: \_\_\_\_/s/ Lewis A. Kaplan_____
                                              The Honorable Lewis A. Kaplan
                                              U.S. District Judge